UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT BEARD,

      Petitioner,

   v.

PEOPLE OF THE STATE OF CALIFORNIA,

      Respondent.

No. C 13-4651 SI (pr)

**ORDER OF TRANSFER**

Robert Beard, an inmate at Salinas Valley State Prison in Soledad, California, has filed a petition for writ of habeas corpus to challenge his conviction from the Los Angeles County Superior Court, asserting that his appellate attorney provided inadequate representation. Los Angeles County lies within the venue of the Central District of California. The facility Beard is incarcerated at is in Monterey County, within the venue of the Northern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, a petition challenging a conviction or the sentence imposed is preferably heard in the district of conviction. *See* N. D. Cal. Habeas L.R. 2254-3(b). Because the conviction occurred in the Central District of California, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: December 13, 2013

_____
SUSAN ILLSTON
United States District Judge